

October 11, 2022

Hon. Robert M. Levy, U.S.M.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Room 1227 South
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

    Re:    Case No. 21-cv-04821, <u>Cohen et al. v City of New York, et al</u>.

Dear Judge Levy:

    By way of brief apology, I had used a sample that had an appendix (from earlier in this case) to put together the motion just filed at Dkt. No. 39. I apologize for the oversight in failing to delete that appendix, and would ask that the Court disregard it — it is irrelevant to the request.

    As always, I thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
    _____

J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.