

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **JEFFREY F. FRANK**<br>*Assistant Corporation Counsel*<br>Email: jefrank@law.nyc.gov<br>Cell: (929) 930-0780<br>Tel: (212) 356-3541 |

January 31, 2023

**VIA ECF**
Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Justin Cohen and Kyala Schenck v. City of New York, et al.*,
           21-CV-4821 (AMD) (RML)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York ("City"), Police Officers Adnan Hussain, Thomas Demery, and Michael Haber, and former PO Miguel Marquez in the above-referenced matter.[1] With the consent of plaintiffs' counsel, defendants write to inform the Court that the parties have reached a settlement in principle at a mediation held on the date of this writing. As such, defendants respectfully request that the Court allow the parties thirty (30) days to file a stipulation with the Court.

      Defendants thank the Court for its consideration of this matter.

                                Respectfully submitted,

                                Jeffrey F. Frank
                                *Assistant Corporation Counsel*
                                Special Federal Litigation Division

cc:     Plaintiffs' Counsel (via ECF)

---

[1] On May 31, 2022, plaintiffs filed a second amended complaint naming "FNU Lewis" as a defendant. (Docket Entry No. 35) Based on the docket, however, no summons has been issued as to FNU Lewis. As the time for service under Fed. R. Civ. P. 4(m) has passed, FNU Lewis is not a defendant. Thus, this Office represents only the defendants expressly mentioned above.