

March 2, 2023

Hon. Robert M. Levy, U.S.M.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Room 1227 South
Brooklyn, New York 11201

By Electronic Filing.

**Re:     Case No. 21-cv-04821, <u>Cohen et al. v City of New York, et al</u>.**

Dear Judge Levy:

As the Court may recall, my firm, with co-counsel, represents Plaintiffs in the case above.  As the Court may also recall (*see,* ECF No. 42; Jan. 31, 2023 Minute Order), the parties have reached a settlement in principle.

I write, with Defendants' consent, to ask that the Court grant a second (and, we hope, final) extension of 30 days for the parties to file a stipulation and order of dismissal.  If granted, the date to file the stipulation will be April 3, 2023.  The parties have a final agreement and are simply in the process of getting each copy signed appropriately.

As always, everyone involved thanks the Court for its time and consideration.

Respectfully submitted,

/s/
——————————————
J. Remy Green
   *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.