UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

JUSTIN COHEN and KYALA SCHENCK,

                                  Plaintiffs,

       -against-

THE CITY OF NEW YORK; NYPD OFFICER THOMAS
DEMERY; NYPD OFFICER MIGUEL MARQUEZ; NYPD
OFFICER ADNAN HUSSAIN; NYPD OFFICER MICHAEL
HABER; NYPD DEPUTY INSPECTOR "FNU" LEWIS and
NYPD MEMBERS JOHN AND JANE DOES 1–14,

                                  Defendants.
------------------------------------------------------------------------- X

**STIPULATION AND ORDER OF DISMISSAL**

21-CV-4821 (AMD) (RML)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

       [REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
      March 22    , 2023

| | |
|---|---|
| COHEN & GREEN P.L.L.C.<br>*Attorneys for Plaintiffs*<br>  *Cohen and Schenck*<br>1639 Centre Street, Suite 216<br>Ridgewood, New York 11385<br>(929) 888-9480 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>  *Demery, Marquez, Hussain, and Haber*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br>(212) 356-3541 |
| By: _____<br>J. Remy Green, Esq.<br>*Attorney for Plaintiffs* | By: _____<br>Jeffrey F. Frank, Esq.<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE

Dated: _____, 2023